UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  WELDING FUME PRODUCTS LIABILITY LITIGATION

CASE NO.  1:07-wf-17089

**This pleading applies to the following case**:

MDL DOCKET NO. 1535

ERNEST S. and LORETTA JANE MAEMORI v.
AIR LIQUIDE AMERICA
CORPORATION, a Delaware Corporation,
Individually, and as successor to BIG THREE
INDUSTRIES, INC.; ET AL.

JUDGE O'MALLEY

**RENEWED MOTION FOR REMAND TO STATE COURT**

Plaintiffs, ERNEST S. and LORETTA JANE MAEMORI, by and through undersigned counsel, file this Renewed Motion for Remand to State Court.

Plaintiffs' Motion for Remand to State Court, attached hereto as Exhibit A, and Memorandum in Support of Plaintiffs' Motion for Remand to State Court, attached hereto as Exhibit B, were filed in the United States District Court for the State of Hawaii on July 11, 2007.  Plaintiffs hereby request that said Motion for Remand to State Court be renewed in the United States District Court for the Northern District Court of Ohio, where Plaintiffs' case in the above-referenced cause is currently pending.

Respectfully submitted,

*/s/ D. John Neese, Jr.*

_____
D. JOHN NEESE, JR.
Texas Bar No. 24002678
WILLIAMS KHERKHER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713.649-6464 Telephone
713.943-6226 Facsimile

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2007 a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      Respectfully submitted,

_____
D. JOHN NEESE, JR.
Texas Bar No. 24002678
WILLIAMS KHERKHER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
713.649-6464 Telephone
713.943-6226 Facsimile