# Exhibit A

JANICE P. KIM 3436
3615 Harding Avenue
Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
E-Mail: kimj054@hawaii.rr.com

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| ERNEST S. MAEMORI and LORETTA JANE MAEMORI; ET AL; <br><br> Plaintiffs, <br><br> vs. <br><br> 1.  AIR LIQUIDE AMERICA CORPORATION, a Delaware corporation, individually and as successor to BIG THREE INDUSTRIES, INC.; ET AL; <br><br> Defendants. | ) CIVIL NO. 07-00332 SPK KSC <br> ) <br> ) NOTICE OF MOTION; <br> ) PLAINTIFFS' MOTION FOR REMAND TO <br> ) STATE COURT; MEMORANDUM IN <br> ) SUPPORT OF MOTION FOR REMAND <br> ) TO STATE COURT; DECLARATION OF <br> ) COUNSEL; EXHIBITS "A" THROUGH <br> ) "D"; CERTIFICATE OF SERVICE <br> ) <br> ) DATE: _____ <br> ) TIME: _____ <br> ) JUDGE: _____ |

## NOTICE OF MOTION

Notice is hereby given that Plaintiffs' Motion For Remand To State Court shall be heard on _____, 2007 at _____ ____. m. before the Honorable Judge _____.

DATED: Honolulu, Hawaii, July 11, 2007.

_____
JANICE P. KIM
Attorney for Plaintiffs

JANICE P. KIM 3436
3615 Harding Avenue
Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
E-Mail: kimj054@hawaii.rr.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| ERNEST S. MAEMORI and LORETTA JANE MAEMORI; ET AL; | ) CIVIL NO. 07-00332 SPK KSC |
|---|---|
| Plaintiffs, | ) |
| vs. | ) PLAINTIFFS' MOTION FOR REMAND TO STATE COURT; MEMORANDUM IN SUPPORT OF MOTION FOR REMAND TO STATE COURT; DECLARATION OF COUNSEL; EXHIBITS "A" THROUGH "D"; CERTIFICATE OF SERVICE |
| 1. AIR LIQUIDE AMERICA CORPORATION, a Delaware corporation, individually and as successor to BIG THREE INDUSTRIES, INC.; ET AL; | ) DATE: _____ ) TIME: _____ |
| Defendants. | ) JUDGE: _____ |

## PLAINTIFFS' MOTION FOR REMAND TO STATE COURT

The matter before the Court concerns claims for strict products liability, negligence, conspiracy, and loss of consortium that were removed from Hawaii state court to federal court, and are currently pending transfer to the United States District Court for the Northern District of Ohio by the Judicial Panel on Multidistrict Litigation ("JPML"). Plaintiffs move now for remand of their cases to Hawaii state court for want of federal subject matter jurisdiction and/or lack of diversity.

This Motion is made pursuant to 28 U.S.C. §1447, Rule 7 of the Federal Rules of Civil Procedure, Rules 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Counsel and the records and files herein.

DATED: Honolulu, Hawaii, July 11, 2007.

_____
JANICE P. KIM
Attorney for Plaintiffs

2