# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:03-CV-17000 (MDL Docket No. 1535) |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE O'MALLEY |
| *See Exhibit A* | ) ) ) | |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Pursuant to Federal Rule of Civil Procedure 41(b) and the Court's Orders of May 4, 2009 and July 7, 2009, defendants respectfully move for dismissal without prejudice of the cases listed on Exhibit A for failure to prosecute. Counsel for the claimants listed on Exhibit A have withdrawn their representation in those cases, and no notice of appearance of replacement counsel or notice of intent to proceed *pro se* has been filed in any of the listed cases.

On May 4, 2009, the Court entered an Order regarding "various matters related to case management." (*See* Order at 1, May 4, 2009.) Among other things, the Court ordered that "***all*** cases pending in this MDL . . . are designated for medical records discovery." (*Id.* at 2.) Under the terms of the Order, "[i]n any case where counsel for plaintiff moves to withdraw after initiation of the medical records discovery process, the plaintiff shall have 60 days from the date of the filing of the motion to withdraw to obtain replacement counsel. If no replacement counsel files a timely notice of appearance, defendants may file a motion to dismiss." (*Id.* at 3.) The May 4 Order was amended on

July 7, 2009 to provide an alternative for plaintiffs: to file a notice of intent to proceed *pro se* within 60 days of the withdraw of their counsel. (*See* Order at 2, July 7, 2009.) The Court granted counsel's motions to withdraw as to the plaintiffs on Exhibit A more than 60 days ago, and no notice of appearance of replacement counsel or notice of intent to proceed *pro se* has been filed in any of the cases. Accordingly, these cases should be dismissed without prejudice for lack of prosecution pursuant to this Court's orders. *See also Roberts v. Gen. Motors Corp.*, No. Civ. A. 2:04 CV 44 DF, 2005 WL 1077639 (E.D. Tex. May 6, 2005) (granting plaintiff's counsel's motion to withdraw and dismissing plaintiff's case without prejudice for failure to prosecute because plaintiff did not indicate that she desired to move forward with her claim).

For the foregoing reasons, defendants request that the Court dismiss the cases listed on Exhibit A without prejudice.

Dated: March 10, 2010

Respectfully submitted,

s/ John H. Beisner
John H. Beisner
Stephen J. Harburg
Jessica Davidson Miller
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

DEFENDANTS' LIAISON
COUNSEL

GRANTED
s/Kathleen M. O'Malley
6/21/2010

- 2 -

# EXHIBIT A

| MDL Case Number | Plaintiff |
| --- | --- |
| 1:2005-cv-19285-KMO | Ackerman, Charles G. |
| 1:2008-wf-17569-KMO | Acosta, Marcos |
| 1:2007-wf-17103-KMO | Acosta, Melvin |
| 1:2008-wf-17474-KMO | Adams, Carl B. |
| 1:2008-wf-17604-KMO | Adams, Ron |
| 1:2003-cv-17006-KMO | Addison, Carey W |
| 1:2004-cv-19216-KMO | Aguilar, Pedro |
| 1:2004-cv-17116-KMO | Ainsworth, William |
| 1:2009-wf-17050-KMO | Ainsworth, William |
| 1:2004-cv-18915-KMO | Alexander, Jeffery J. |
| 1:2004-cv-18837-KMO | Allen, Henry Paton |
| 1:2008-wf-17953-KMO | Allen, Lester |
| 1:2009-wf-17043-KMO | Allen, Lester |
| 1:2006-cv-17038-KMO | Allen, Robert |
| 1:2005-cv-18885-KMO | Alley, Albert |
| 1:2004-cv-18774-KMO | Anderson, Cutties L. |
| 1:2008-wf-17641-KMO | Anderson, Gregory V. |
| 1:2008-wf-17643-KMO | Andrassy, Robert |
| 1:2007-wf-17011-KMO | Applin, Ulmer |
| 1:2006-cv-17076-KMO | Archer, Tommy D. |
| 1:2008-wf-17610-KMO | Ashley, James Monroe |
| 1:2004-cv-17163-KMO | Averitt, James |
| 1:2008-wf-17562-KMO | Babcock, Larry F. |
| 1:2008-wf-17723-KMO | Bacues, Dennis |
| 1:2003-cv-17549-KMO | Bairnsfather, Kenneth |
| 1:2008-wf-17962-KMO | Baker, Joseph L. |
| 1:2008-wf-17567-KMO | Baldwin, Tony |
| 1:2004-cv-18881-KMO | Balfantz, Alton |
| 1:2003-cv-17284-KMO | Baptiste, Sr., Claude J. |
| 1:2003-cv-17324-KMO | Barnhill, Thomas W |
| 1:2008-wf-17609-KMO | Bartlett, William |
| 1:2008-wf-17916-KMO | Bates, Kerry L. |
| 1:2006-cv-17295-KMO | Battiste, Harry |
| 1:2005-cv-18823-KMO | Beaube, Allen |
| 1:2008-wf-17558-KMO | Bell, Charles D. |
| 1:2008-wf-17612-KMO | Bennett, Jimmy Samuel |
| 1:2008-wf-17627-KMO | Berkowitz, Bruce |
| 1:2008-wf-17579-KMO | Berrios, Angel M. |
| 1:2009-wf-17047-KMO | Bexley, James B. |
| 1:2005-cv-18833-KMO | Biggers, Darius A. |
| 1:2008-wf-17496-KMO | Bishop, Larry Jim |
| 1:2006-cv-17032-KMO | Black, Duane |
| 1:2008-wf-17497-KMO | Black, Jimmy Gordon |
| 1:2005-cv-17054-KMO | Black, Maurice |
| 1:2006-cv-17246-KMO | Blanco, Maurice |
| 1:2005-cv-18779-KMO | Blue, Allen O. |
| 1:2004-cv-18678-KMO | Boatner, James |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2007-wf-17061-KMO | Boaz, Craig |
| 1:2008-wf-17459-KMO | Bonner, David |
| 1:2004-cv-18679-KMO | Bonner, Sanford C. |
| 1:2008-wf-17500-KMO | Booker, Don H. |
| 1:2004-cv-19379-KMO | Boswell, Billy Bryan |
| 1:2005-cv-18066-KMO | Bougio, Phillip T. |
| 1:2004-cv-18531-KMO | Bourge, Camille |
| 1:2007-wf-17066-KMO | Boutin, Paul |
| 1:2005-cv-18067-KMO | Bowen, Michael W. |
| 1:2004-cv-19388-KMO | Bowman, George D |
| 1:2004-cv-22641-KMO | Brazill, Leon |
| 1:2005-cv-19201-KMO | Breeding, Meredith |
| 1:2005-cv-18873-KMO | Brents, J. W. |
| 1:2004-cv-18900-KMO | Brewer, Kenneth L. |
| 1:2003-cv-17574-KMO | Bricker, Frankie |
| 1:2007-wf-17012-KMO | Brill, Paul F. |
| 1:2005-cv-19269-KMO | Brooks, Michael W. |
| 1:2005-cv-18064-KMO | Brown, Cecil B. |
| 1:2005-cv-17738-KMO | Brown, Earl K. |
| 1:2008-wf-17631-KMO | Brown, Jeffrey |
| 1:2008-wf-17841-KMO | Brown, Linda |
| 1:2003-cv-17270-KMO | Brown, Sr., Clarence |
| 1:2008-wf-17507-KMO | Brunson, James Walter |
| 1:2004-cv-19145-KMO | Buras, Gary K. |
| 1:2004-cv-18916-KMO | Burch, William G. |
| 1:2004-cv-18788-KMO | Butler, Vertis Lee |
| 1:2008-wf-17512-KMO | Butt, John William |
| 1:2008-wf-17877-KMO | Butts, Thomas |
| 1:2007-wf-17120-KMO | Cabello, Jasimo |
| 1:2009-wf-17034-KMO | Cadney, Leandrew |
| 1:2005-cv-17129-KMO | Cantrell, Randy E. |
| 1:2004-cv-19515-KMO | Carlisle, Jerry |
| 1:2009-wf-17075-KMO | Carpenter, William |
| 1:2009-wf-17035-KMO | Carr, Damon J. |
| 1:2008-wf-17880-KMO | Carr, David |
| 1:2008-wf-17657-KMO | Carr, Fred |
| 1:2007-wf-17118-KMO | Carreiro, Kellen |
| 1:2004-cv-19524-KMO | Carrier, Joseph H |
| 1:2007-wf-17119-KMO | Carriero, Kristofer Shawn |
| 1:2004-cv-18619-KMO | Carroll, Hinton Elbert |
| 1:2007-wf-17014-KMO | Carter Sr., Charles D. |
| 1:2005-cv-18218-KMO | Carter, Charles |
| 1:2006-cv-17077-KMO | Carter, Cordell |
| 1:2008-wf-17681-KMO | Carter, Oscar |
| 1:2008-wf-17660-KMO | Carter, Richmond |
| 1:2008-wf-17883-KMO | Casterline, Earl |
| 1:2007-wf-17015-KMO | Castillow, Sr., Zollie B. |

# EXHIBIT A

| MDL Case Number | Plaintiff |
| --- | --- |
| 1:2008-wf-17661-KMO | Castro, Felix |
| 1:2005-cv-18855-KMO | Caterino, Matthew |
| 1:2004-cv-18847-KMO | Cauley, Aaron G. |
| 1:2004-cv-22673-KMO | Cepriano, Sr., George |
| 1:2004-cv-17353-KMO | Champagne, Jr., Adler |
| 1:2007-wf-17083-KMO | Chandler, Richard |
| 1:2005-cv-19247-KMO | Cheek, Jeff |
| 1:2005-cv-18655-KMO | Chisholm, Michael |
| 1:2008-wf-17700-KMO | Chumley, Terry Allen |
| 1:2006-cv-17240-KMO | Cimperman, John |
| 1:2004-cv-18607-KMO | Cirilo, David M. |
| 1:2005-cv-17126-KMO | Cisneros, Juan N. |
| 1:2004-cv-17184-KMO | Clark, Frank |
| 1:2008-wf-17614-KMO | Cogdill, Hugh |
| 1:2004-cv-17355-KMO | Cole, Mark |
| 1:2004-cv-17154-KMO | Coleman, Ervin |
| 1:2005-cv-18056-KMO | Coleman, Everett R. |
| 1:2007-wf-17076-KMO | Collette, Forrest |
| 1:2008-wf-17615-KMO | Comeaux, Kevin |
| 1:2008-wf-17886-KMO | Conine, Charles |
| 1:2007-wf-17051-KMO | Conner, William |
| 1:2006-cv-17264-KMO | Conners, Edward |
| 1:2004-cv-17035-KMO | Conway, Roy J. |
| 1:2007-wf-17019-KMO | Cooley, Sr., Curtis |
| 1:2005-cv-17313-KMO | Cooper, Mark |
| 1:2004-cv-18690-KMO | Cooper, Sr., Arthur James |
| 1:2009-wf-17045-KMO | Corley, Lloyd |
| 1:2005-cv-18864-KMO | Cortese, Sr., Robert |
| 1:2004-cv-19644-KMO | Coulter, Cleo |
| 1:2008-wf-17663-KMO | Cox, Kenneth W. |
| 1:2005-cv-17321-KMO | Crane, Talmon L. |
| 1:2008-wf-17616-KMO | Crenshaw, Paul Daniel |
| 1:2006-cv-17059-KMO | Crews, William Timothy |
| 1:2008-wf-17664-KMO | Crotteau, Clifford |
| 1:2007-wf-17020-KMO | Crowe, James D. |
| 1:2005-cv-18063-KMO | Daniels, Sr., Raymond L. |
| 1:2004-cv-18902-KMO | Danley, Sr., James R. |
| 1:2003-cv-17288-KMO | Danos, Welton P. |
| 1:2009-wf-17042-KMO | Darden, Earnest W. |
| 1:2005-cv-17912-KMO | Davis, Donald L. |
| 1:2008-wf-17486-KMO | Davis, James D. |
| 1:2008-wf-17617-KMO | Davis, Leroy |
| 1:2004-cv-18693-KMO | Davis, Michael O. |
| 1:2008-wf-17665-KMO | Davis, Paul |
| 1:2008-wf-17666-KMO | Dean, Richard |
| 1:2005-cv-18038-KMO | DeBarge, Brian K. |
| 1:2004-cv-18794-KMO | Delancy, Billy R. |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2008-wf-17668-KMO | Denmon, Darrell |
| 1:2004-cv-17151-KMO | Dennis, Patrick |
| 1:2008-wf-17639-KMO | Detamore, Terry |
| 1:2008-wf-17669-KMO | Dewitt, Ron |
| 1:2008-wf-17670-KMO | Dietz, Roy A. |
| 1:2004-cv-18931-KMO | Dill, Burton J. |
| 1:2008-wf-17671-KMO | Dillon, Thomas W. |
| 1:2004-cv-17350-KMO | Dixon, Jr., Roosevelt |
| 1:2005-cv-18069-KMO | Dobbs, Arville J. |
| 1:2005-cv-17199-KMO | Dobbs, Ronnie J. |
| 1:2005-cv-17158-KMO | Dodson, Carlos E. |
| 1:2008-wf-17659-KMO | Dooley, Vince |
| 1:2004-cv-19178-KMO | Dorsey, James |
| 1:2004-cv-18626-KMO | Dorsey, Joseph |
| 1:2005-cv-19194-KMO | Dowdall, Don |
| 1:2004-cv-18698-KMO | Druey, Richard T. |
| 1:2008-wf-17618-KMO | Dumas, Lakeyssia |
| 1:2004-cv-19769-KMO | Dunlap, David |
| 1:2004-cv-22674-KMO | Dupard, Warren |
| 1:2004-cv-18849-KMO | Durham, Gary |
| 1:2008-wf-17851-KMO | Earney, Gerald R. |
| 1:2007-wf-17099-KMO | Ebel, Larry |
| 1:2008-wf-17677-KMO | Elder, Samuel C. |
| 1:2004-cv-19150-KMO | Elliot, Clay |
| 1:2008-wf-17245-KMO | Elliott, Roy A |
| 1:2008-wf-17565-KMO | Ellis, Kenneth Clay |
| 1:2005-cv-18112-KMO | Ellis, Sr., Quinton S. |
| 1:2008-wf-17889-KMO | Estes, Virgil |
| 1:2004-cv-18799-KMO | Fairley, Hardie |
| 1:2004-cv-19001-KMO | Fairley, Stevenson |
| 1:2005-cv-17025-KMO | Farve, William S. |
| 1:2004-cv-19003-KMO | Favre, John D. |
| 1:2004-cv-19179-KMO | Favre, Marion |
| 1:2004-cv-17200-KMO | Fawcett, Jerry D. |
| 1:2003-cv-17290-KMO | Feist, Harry |
| 1:2008-wf-17892-KMO | Fellers, Joel, Sr. |
| 1:2004-cv-19180-KMO | Ferrygood, Robert |
| 1:2004-cv-17108-KMO | Feuerbacher, Edwin C. |
| 1:2004-cv-19181-KMO | Filipski, Theodore |
| 1:2004-cv-19850-KMO | Fisher, Isaac |
| 1:2004-cv-19126-KMO | Fisher, Lee Verne |
| 1:2004-cv-17201-KMO | Flores, Robert |
| 1:2008-wf-17896-KMO | Floyd, E. C. |
| 1:2004-cv-22638-KMO | Fogle, William H. |
| 1:2004-cv-19874-KMO | Folds, G |
| 1:2004-cv-19164-KMO | Fontenot, Clarence R. |
| 1:2008-wf-17574-KMO | Ford, Jerry |


**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2008-wf-17493-KMO | Ford, Jerry Lynn |
| 1:2005-cv-18722-KMO | Ford, Robert |
| 1:2005-cv-18653-KMO | Forrest, Charles |
| 1:2005-cv-18074-KMO | Forrester, Marlin W. |
| 1:2004-cv-19004-KMO | Fountain, Benny A. |
| 1:2005-cv-18158-KMO | Fountain, William |
| 1:2004-cv-19049-KMO | Fowler, Gary |
| 1:2006-cv-17160-KMO | Fowler, Thomas H. |
| 1:2006-cv-17071-KMO | Frank, Murphy |
| 1:2005-cv-17174-KMO | Franklin, Rueben |
| 1:2004-cv-17051-KMO | Franzen, Robert G. |
| 1:2005-cv-17821-KMO | Frazier, Louella |
| 1:2005-cv-17712-KMO | Frye, Alfred |
| 1:2008-wf-17468-KMO | Fuell, Alvin L. |
| 1:2005-cv-18848-KMO | Fulbright, James |
| 1:2004-cv-18706-KMO | Fuller, Hellen D. |
| 1:2008-wf-17688-KMO | Fuselier, Christopher P. |
| 1:2005-cv-19290-KMO | Gaines, Charles |
| 1:2004-cv-18707-KMO | Garrett, Robert C. |
| 1:2008-wf-17690-KMO | Garza, Silverio |
| 1:2008-wf-17898-KMO | Gatlin, Shelby |
| 1:2008-wf-17691-KMO | Gaudet, Floyd |
| 1:2009-wf-17083-KMO | Gauthier, Michael M. |
| 1:2004-cv-19967-KMO | Gianoutsos, Steven |
| 1:2007-wf-17102-KMO | Gishi, Robert |
| 1:2009-wf-17077-KMO | Givens, John W. |
| 1:2004-cv-19182-KMO | Gobert, Joseph |
| 1:2004-cv-17207-KMO | Goebel, James D. |
| 1:2004-cv-18711-KMO | Goff, Edward |
| 1:2008-wf-17502-KMO | Goodley, Joseph |
| 1:2003-cv-17190-KMO | Goza, Jr., Herschel O. |
| 1:2008-wf-17521-KMO | Goza, Jr., Herschel O. |
| 1:2005-cv-19263-KMO | Graham, Alfred |
| 1:2005-cv-18642-KMO | Gray, Richard |
| 1:2006-cv-17157-KMO | Gray, Robert |
| 1:2005-cv-18630-KMO | Grayson, Harold |
| 1:2004-cv-18804-KMO | Grice, Sebert A. |
| 1:2008-wf-17233-KMO | Griffin, Albert |
| 1:2008-wf-17937-KMO | Griffin, Clyde R. |
| 1:2005-cv-17040-KMO | Grinnell, Ronald |
| 1:2008-wf-17695-KMO | Growe, Alfred P. |
| 1:2003-cv-17321-KMO | Guidry, Mark E. |
| 1:2005-cv-17759-KMO | Gulley, James |
| 1:2008-wf-17712-KMO | Guyette, Floyd |
| 1:2008-wf-17714-KMO | Haines, James M. |
| 1:2006-cv-17131-KMO | Hale, John W. |
| 1:2005-cv-18700-KMO | Hale, Jr., James M. |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2006-cv-17005-KMO | Halik, John S. |
| 1:2005-cv-18071-KMO | Hall, Dale L. |
| 1:2004-cv-18963-KMO | Hall, Richard |
| 1:2008-wf-17597-KMO | Hall, Roderick Maurice |
| 1:2005-cv-18654-KMO | Hallums, James |
| 1:2005-cv-18072-KMO | Halpain, Kenneth W. |
| 1:2008-wf-17717-KMO | Hamilton, Robert |
| 1:2007-wf-17042-KMO | Hansen, Chester |
| 1:2008-wf-17719-KMO | Harper, Ervin |
| 1:2008-wf-17008-KMO | Harris, Clarence |
| 1:2008-wf-17414-KMO | Harrison, Charles E. |
| 1:2004-cv-19112-KMO | Hartman, Errol |
| 1:2006-cv-17070-KMO | Haswell, Dennis L. |
| 1:2004-cv-21109-KMO | Hathorn, James |
| 1:2008-wf-17722-KMO | Hauser, James |
| 1:2005-cv-18073-KMO | Haws, Don E. |
| 1:2007-wf-17060-KMO | Hayes, Arthur |
| 1:2004-cv-21112-KMO | Hayes, Michael |
| 1:2008-wf-17940-KMO | Heard, Leondis F. |
| 1:2008-wf-17725-KMO | Hebert, Guy |
| 1:2005-cv-17977-KMO | Hedgepeth, Steve G. |
| 1:2004-cv-18634-KMO | Henderson, Henry |
| 1:2007-wf-17085-KMO | Henry, Vergil |
| 1:2004-cv-18853-KMO | Herring, Jimmie F. |
| 1:2007-wf-17074-KMO | Herrington, Cecil |
| 1:2004-cv-22676-KMO | Hewitt, Jr., Oliver |
| 1:2005-cv-18818-KMO | Hext, James |
| 1:2004-cv-17098-KMO | Hicks, Danny |
| 1:2008-wf-17726-KMO | Higginbotham, James |
| 1:2005-cv-17998-KMO | Hill, Mack |
| 1:2008-wf-17377-KMO | Hlousek, Raymond |
| 1:2008-wf-17200-KMO | Holden, Jimmy R |
| 1:2004-cv-19044-KMO | Holifield, Albert T. |
| 1:2009-wf-17028-KMO | Holland, Frank |
| 1:2008-wf-17849-KMO | Horton, David |
| 1:2004-cv-21223-KMO | Hubert, Dana |
| 1:2005-cv-18822-KMO | Hughes, Larry |
| 1:2004-cv-21236-KMO | Hulett, James V. |
| 1:2004-cv-21239-KMO | Hultz, Hughie W. |
| 1:2005-cv-17990-KMO | Hunt, James |
| 1:2004-cv-21248-KMO | Hunter, Marvin L. |
| 1:2004-cv-18855-KMO | Hurst, Charles |
| 1:2004-cv-18899-KMO | Hutto, Jimmy A. |
| 1:2005-cv-17670-KMO | Irby, Ronald |
| 1:2004-cv-21255-KMO | Irvin, Calvin |
| 1:2005-cv-18868-KMO | Jacks, James |
| 1:2004-cv-19184-KMO | Jackson, Earl |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2005-cv-17133-KMO | Jackson, Harold |
| 1:2009-wf-17037-KMO | Jayroe, Milton T. |
| 1:2008-wf-17729-KMO | Jenkins, Danny L. |
| 1:2004-cv-17135-KMO | Jimenez, Samuel R. |
| 1:2004-cv-18968-KMO | Johnson, Anthony |
| 1:2004-cv-21295-KMO | Johnson, Arthur |
| 1:2004-cv-21300-KMO | Johnson, Floyd |
| 1:2006-wf-17303-KMO | Johnson, James |
| 1:2004-cv-21307-KMO | Johnson, Juanita J. |
| 1:2008-wf-17441-KMO | Johnson, Randy D. |
| 1:2008-wf-17979-KMO | Johnson, Richard |
| 1:2004-cv-19131-KMO | Johnson, Tony |
| 1:2005-cv-18702-KMO | Johnson, Van I. |
| 1:2004-cv-17328-KMO | Jones, Bobby C. |
| 1:2005-cv-18871-KMO | Jones, Darrell |
| 1:2005-cv-18089-KMO | Jones, Jerald R. |
| 1:2004-cv-18640-KMO | Jones, Jerry H. |
| 1:2006-cv-17292-KMO | Jones, Michael A. |
| 1:2008-wf-17531-KMO | Jones, Nettie Mae |
| 1:2005-cv-18358-KMO | Jones, Sammy |
| 1:2004-cv-21360-KMO | Karstens, Lee |
| 1:2008-wf-17358-KMO | Kear, Tommy D |
| 1:2008-wf-17942-KMO | Keilman, Wayne W. |
| 1:2004-cv-18729-KMO | Keller, Gayle E. |
| 1:2008-wf-17852-KMO | Kennedy, Luvenia |
| 1:2004-cv-21374-KMO | Keys, William |
| 1:2005-cv-17250-KMO | Kibbee, Billy D. |
| 1:2007-wf-17094-KMO | Kila, Robert P. |
| 1:2007-wf-17106-KMO | Kim, Charles S.C. |
| 1:2007-wf-17101-KMO | Kim, Stephen |
| 1:2006-cv-17154-KMO | Kimes, Lowry K. |
| 1:2006-cv-17171-KMO | Kinard, Olin D. |
| 1:2007-wf-17026-KMO | King, Julia M. |
| 1:2003-cv-17305-KMO | Kirkpatrick, Edelbert |
| 1:2005-cv-17787-KMO | Kisner, George R. |
| 1:2008-wf-17541-KMO | Klug, Daniel John |
| 1:2005-cv-18093-KMO | Koch, Sr., Kenneth J. |
| 1:2008-wf-17917-KMO | Kozlowski, John |
| 1:2004-cv-18582-KMO | Krapfl, Arnold J. |
| 1:2008-wf-17921-KMO | Krause, Herbert |
| 1:2005-cv-17800-KMO | Krohn, Rufus |
| 1:2008-wf-17543-KMO | Kyser, William Thomas |
| 1:2004-cv-21397-KMO | Labbe, Joseph Floyd |
| 1:2004-cv-17335-KMO | Lackey, Jimmy Lee |
| 1:2004-cv-18644-KMO | Lamb, Albert L. |
| 1:2005-cv-17777-KMO | Lamb, Roger D. |
| 1:2009-wf-17006-KMO | Lawrence, Nathan |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2004-cv-22663-KMO | Lawson, Ivar B. |
| 1:2004-cv-17293-KMO | Leal, Ruben C. |
| 1:2008-wf-17488-KMO | Leatherbury, George Scarbrough |
| 1:2008-wf-17495-KMO | Lesure, William Henry |
| 1:2005-cv-17235-KMO | Lewellyn, Walter |
| 1:2005-cv-18869-KMO | Lewis, Elbert |
| 1:2008-wf-17742-KMO | Lewis, Steve |
| 1:2004-cv-19022-KMO | Lightner, Eric A. |
| 1:2008-wf-17744-KMO | Likens, Jesse |
| 1:2008-wf-17946-KMO | Lipscomb, Sr., Howard L. |
| 1:2003-cv-17294-KMO | Lishman, Earl B. |
| 1:2004-cv-18919-KMO | Locke, Jr., Wilson |
| 1:2005-cv-18898-KMO | Lodwick, Kevin |
| 1:2008-wf-17420-KMO | Lombardi, Pat |
| 1:2008-wf-17747-KMO | Long, Donald A. |
| 1:2008-wf-17868-KMO | Longoria, Juan |
| 1:2004-cv-22679-KMO | Lopez, Jr., Howard |
| 1:2008-wf-17748-KMO | Lopez, Raul |
| 1:2008-wf-17750-KMO | Loud, Gilbert |
| 1:2007-wf-17144-KMO | Lucas, Aimee |
| 1:2006-cv-17189-KMO | Lucido, Tony C. |
| 1:2007-wf-17064-KMO | Lundegreen, Steven |
| 1:2008-wf-17871-KMO | Lynch, Ira |
| 1:2007-wf-17089-KMO | Maemori, Ernest S. |
| 1:2004-cv-17059-KMO | Magee, L. W. |
| 1:2006-cv-17275-KMO | Maksimak, Christopher |
| 1:2008-wf-17947-KMO | Mando, Sr., Robert J. |
| 1:2004-cv-21507-KMO | Mann, Barry |
| 1:2008-wf-17754-KMO | Marcel, Benoit |
| 1:2008-wf-17960-KMO | Marionneaux, Blair |
| 1:2003-cv-17295-KMO | Marks, Donald J. |
| 1:2005-cv-18396-KMO | Martin, Bennie |
| 1:2008-wf-17756-KMO | Martin, Michael |
| 1:2008-wf-17961-KMO | Matos, Israel |
| 1:2008-wf-17875-KMO | McClure, David |
| 1:2003-cv-17306-KMO | McCorkle, Jeffrey D. |
| 1:2004-cv-19025-KMO | McDonald, Robert D. |
| 1:2008-wf-17758-KMO | McDonald, Samuel |
| 1:2004-cv-17018-KMO | McGallion, Lonnie |
| 1:2008-wf-17923-KMO | McIntoch, Evelyn |
| 1:2005-cv-18099-KMO | McKennon, William E. |
| 1:2006-cv-17081-KMO | McKinnon, John D. |
| 1:2008-wf-17550-KMO | McLain, T. J. |
| 1:2008-wf-17759-KMO | McLaughlin, William |
| 1:2008-wf-17761-KMO | McLendon, Ronald |
| 1:2004-cv-18532-KMO | McQuarter, Charles |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2005-cv-17226-KMO | McShann, Michael |
| 1:2005-cv-17042-KMO | Meatte, Terry W. |
| 1:2005-cv-17019-KMO | Melvin, Willie E. |
| 1:2007-wf-17105-KMO | Mendez, Richard G. |
| 1:2007-wf-17125-KMO | Menor, Dino A. |
| 1:2004-cv-21618-KMO | Mesa, Jose R |
| 1:2004-cv-21619-KMO | Mesia, Miguel G |
| 1:2009-wf-17054-KMO | Milam, James M. |
| 1:2008-wf-17765-KMO | Miller, Arthur |
| 1:2005-cv-17654-KMO | Miller, Carl |
| 1:2005-cv-17020-KMO | Miller, James |
| 1:2005-cv-18811-KMO | Miller, Jerry |
| 1:2005-cv-18814-KMO | Miller, Jimmy |
| 1:2004-cv-18920-KMO | Miller, Leo |
| 1:2004-cv-17092-KMO | Mills, Eddie |
| 1:2004-cv-18971-KMO | Milton, Roy |
| 1:2007-wf-17126-KMO | Miyamoto, Tamoo T. |
| 1:2007-wf-17032-KMO | Montpelier, Monroe L. |
| 1:2005-cv-17874-KMO | Moore, Ben Edward |
| 1:2004-cv-21674-KMO | Moore, Jerry Ray |
| 1:2004-cv-19187-KMO | Moore, Ralph |
| 1:2005-cv-19276-KMO | Moore, Wash |
| 1:2004-cv-17016-KMO | Moran, Glen |
| 1:2008-wf-17768-KMO | Morgan, Glen |
| 1:2004-cv-18651-KMO | Morris, James |
| 1:2004-cv-21698-KMO | Morse, Donald |
| 1:2008-wf-17925-KMO | Moss, Charles |
| 1:2004-cv-21704-KMO | Moss, Merlin A. |
| 1:2004-cv-17088-KMO | Mote, James W. |
| 1:2006-cv-17117-KMO | Nagy, Louis |
| 1:2009-wf-17055-KMO | Nalls, Russell |
| 1:2003-cv-17322-KMO | Narcisse, August J. |
| 1:2005-cv-17238-KMO | Navarro, Luis |
| 1:2005-cv-17086-KMO | Neal, Charles M. |
| 1:2005-cv-19277-KMO | Nelson, William A. |
| 1:2007-wf-17127-KMO | Nera, Niulaititi |
| 1:2004-cv-21732-KMO | Neugent, Frank |
| 1:2005-cv-18810-KMO | Newcomb, Robert |
| 1:2008-wf-17774-KMO | Newman, Randy |
| 1:2008-wf-17775-KMO | Nick, Bernard |
| 1:2008-wf-17030-KMO | Nickelson, Larry D. |
| 1:2007-wf-17128-KMO | Nishimura, Shigeto |
| 1:2005-cv-18775-KMO | Noel, Albert |
| 1:2008-wf-17299-KMO | Nolan, Ronald L. |
| 1:2004-cv-21753-KMO | Norrod, B. M. |
| 1:2005-cv-17114-KMO | Northcutt, Arnold G. |
| 1:2008-wf-17931-KMO | O'Brien, John |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2004-cv-18735-KMO | O'Brien, Edward R. |
| 1:2003-cv-17280-KMO | Odenwald, Melvin J. |
| 1:2008-wf-17949-KMO | Olary, William D. |
| 1:2004-cv-17012-KMO | Oliver, Bennie Lamar |
| 1:2004-cv-18987-KMO | Overland, Ottis T. |
| 1:2004-cv-21804-KMO | Packard, Thomas S. |
| 1:2007-wf-17133-KMO | Page, Alan |
| 1:2004-cv-21806-KMO | Page, Bill E. |
| 1:2005-cv-17946-KMO | Palmer, Joseph |
| 1:2005-cv-19200-KMO | Parker, Johnny |
| 1:2005-cv-17224-KMO | Parks, Richard |
| 1:2005-cv-18649-KMO | Pascoe, Rita |
| 1:2006-cv-17017-KMO | Patterson, John H. |
| 1:2004-cv-17123-KMO | Patton, Doug |
| 1:2008-wf-17781-KMO | Paulson, Edwin |
| 1:2005-cv-18587-KMO | Payton, Roger |
| 1:2008-wf-17571-KMO | Peacock, Jack Matthews |
| 1:2009-wf-17063-KMO | Pearce, Robert D. |
| 1:2004-cv-22659-KMO | Peek, William |
| 1:2004-cv-18974-KMO | Pellegrin, Allen J. |
| 1:2008-wf-17862-KMO | Pelletier, Lorren |
| 1:2008-wf-17227-KMO | Pena, Jr., Predicando |
| 1:2003-cv-17308-KMO | Petty, Sr., Darren P. |
| 1:2004-cv-17356-KMO | Petty, Sr., Darren P. |
| 1:2006-cv-17023-KMO | Phillips, Gregory |
| 1:2009-wf-17040-KMO | Pickering, Edward E. |
| 1:2004-cv-19193-KMO | Pierce, James |
| 1:2006-cv-17137-KMO | Pilkington, Brian |
| 1:2008-wf-17787-KMO | Pinke, Robert E |
| 1:2008-wf-17879-KMO | Pittman, Michael |
| 1:2005-cv-17075-KMO | Polk, Michael |
| 1:2005-cv-17026-KMO | Polly, Rudolph |
| 1:2008-wf-17924-KMO | Poole, Enoch E. |
| 1:2005-cv-18718-KMO | Powell, Walter |
| 1:2009-wf-17030-KMO | Presher, Wilson |
| 1:2006-cv-17069-KMO | Preston, Howard |
| 1:2009-wf-17000-KMO | Price, Gene |
| 1:2005-cv-19230-KMO | Pruett, James R. |
| 1:2005-cv-18861-KMO | Qualls, Charles |
| 1:2006-cv-17022-KMO | Rambeau, Thomas |
| 1:2005-cv-18080-KMO | Ramirez, Espiridion |
| 1:2004-cv-21946-KMO | Ramirez, Joe |
| 1:2008-wf-17798-KMO | Ramirez, Miguel |
| 1:2006-cv-17294-KMO | Ramos, Rufino |
| 1:2005-cv-17879-KMO | Rankin, Ralph C. |
| 1:2008-wf-17581-KMO | Ransaw, James Alphonso |
| 1:2008-wf-17802-KMO | Ratchford, Luther C |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2005-cv-18755-KMO | Ravia, Michael |
| 1:2004-cv-17128-KMO | Rector, Charles |
| 1:2004-cv-18599-KMO | Redden, Sr., Kenneth |
| 1:2008-wf-17882-KMO | Reder Jr, Andrew |
| 1:2004-cv-19034-KMO | Reed, Pearlie M. |
| 1:2006-cv-17212-KMO | Reed, Rencie L. |
| 1:2004-cv-18739-KMO | Reed, Rodney R. |
| 1:2005-cv-17905-KMO | Reeves, Hershel T. |
| 1:2008-wf-17918-KMO | Reid, Johnnie L. |
| 1:2005-cv-17151-KMO | Renteria, Arturo V. |
| 1:2004-cv-21991-KMO | Reyes, Frank M |
| 1:2005-cv-18088-KMO | Reynolds, Orville L. |
| 1:2008-wf-17951-KMO | Rice, Fred |
| 1:2005-cv-17279-KMO | Rice, Joe N. |
| 1:2004-cv-18921-KMO | Richard, Alton |
| 1:2005-cv-17229-KMO | Richard, David |
| 1:2004-cv-18657-KMO | Richardson, Jessie F. |
| 1:2004-cv-22008-KMO | Richardson, Marvin |
| 1:2004-cv-18533-KMO | Richardson, Russell |
| 1:2008-wf-17805-KMO | Richey, Arlo |
| 1:2008-wf-17123-KMO | Riddle, Kenneth W |
| 1:2008-wf-17806-KMO | Rigdon, Dennis F |
| 1:2005-cv-17848-KMO | Riley, James D. |
| 1:2005-cv-18097-KMO | Rinkle, Jr., Charles T. |
| 1:2004-cv-18938-KMO | Roberson, Tina |
| 1:2008-wf-17585-KMO | Robinson, Billy Marvin |
| 1:2005-cv-17906-KMO | Robinson, Charles |
| 1:2008-wf-17490-KMO | Rodgers, William Joseph |
| 1:2004-cv-22637-KMO | Rodriguez, Arnold |
| 1:2004-cv-17299-KMO | Rodriguez, Jose |
| 1:2007-wf-17069-KMO | Ronquille, Marcelle |
| 1:2008-wf-17808-KMO | Rosario, Juan A |
| 1:2005-cv-17043-KMO | Rosario, Julio |
| 1:2008-wf-17331-KMO | Rose, Patrick L |
| 1:2005-cv-17301-KMO | Ross, Earl |
| 1:2004-cv-19188-KMO | Rumore, Lance |
| 1:2008-wf-17948-KMO | Rupert, Scott |
| 1:2004-cv-18824-KMO | Russell, J. W. |
| 1:2005-cv-17793-KMO | Sabo, Stephen |
| 1:2008-wf-17252-KMO | Saldana, Walter |
| 1:2005-cv-19297-KMO | Samborski, Wayne |
| 1:2008-wf-17927-KMO | Sanchez, Gary P. |
| 1:2009-wf-17010-KMO | Sanders, Douglas E. |
| 1:2004-cv-22110-KMO | Sanders, Vance E |
| 1:2008-wf-17958-KMO | Sartin, David |
| 1:2008-wf-17894-KMO | Scheler, Larry |
| 1:2005-cv-19245-KMO | Schell, Jerry |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2004-cv-17024-KMO | Schisler, Charles |
| 1:2006-cv-17149-KMO | Schomaker, David A. |
| 1:2004-cv-22129-KMO | Scifres, Ronald D |
| 1:2006-cv-17055-KMO | Scott, Don |
| 1:2004-cv-19037-KMO | Scott, Wilmer |
| 1:2005-cv-19198-KMO | Scritchfield, Lillan |
| 1:2006-cv-17092-KMO | Sealy, Kenneth |
| 1:2004-cv-22149-KMO | Sepulveda, Martin |
| 1:2005-cv-17239-KMO | Shaffer, Robin |
| 1:2008-wf-17499-KMO | Shannon, Peter J. |
| 1:2004-cv-19093-KMO | Shaw, Ronald G. |
| 1:2006-cv-17235-KMO | Shelton, Michael |
| 1:2005-cv-18706-KMO | Shiflett, Warrior P. |
| 1:2005-cv-17022-KMO | Shores, Tate J. |
| 1:2004-cv-19038-KMO | Simmons, Robert G. |
| 1:2008-wf-17183-KMO | Simons, James D. |
| 1:2006-cv-17064-KMO | Singleton, Alfred |
| 1:2005-cv-18100-KMO | Singleton, Jimmie A. |
| 1:2004-cv-19190-KMO | Singleton, Ronald J. |
| 1:2004-cv-19114-KMO | Siverand, Henry |
| 1:2006-cv-17175-KMO | Slighton, Richard |
| 1:2008-wf-17368-KMO | Slinger, Allen |
| 1:2006-cv-17237-KMO | Slovaila, Emil E. |
| 1:2008-wf-17679-KMO | Smith, Abraham |
| 1:2005-cv-18520-KMO | Smith, Charles W |
| 1:2005-cv-18912-KMO | Smith, David M. |
| 1:2004-cv-18751-KMO | Smith, Hilton Ray |
| 1:2007-wf-17063-KMO | Smith, Jerry D. |
| 1:2006-cv-17244-KMO | Smith, Muriel K. |
| 1:2005-cv-17074-KMO | Smith, Paul F. |
| 1:2009-wf-17001-KMO | Smith, Ray O. |
| 1:2008-wf-17810-KMO | Smith, Richard |
| 1:2005-cv-19220-KMO | Smith, Rocky |
| 1:2004-cv-18868-KMO | Smith, Roy |
| 1:2009-wf-17056-KMO | Snow, Amos |
| 1:2004-cv-17308-KMO | Soborowski, Chester |
| 1:2004-cv-22250-KMO | Solis, Edward |
| 1:2004-cv-18752-KMO | Sorrell, Paul V. |
| 1:2007-wf-17070-KMO | Spikes, Charles |
| 1:2005-cv-17101-KMO | Stalls, Richard |
| 1:2009-wf-17039-KMO | Stander, Jerry L. |
| 1:2004-cv-22642-KMO | Stanton, Nylus |
| 1:2004-cv-17133-KMO | Steelman, Ronnie |
| 1:2008-wf-17027-KMO | Stephens, William |
| 1:2004-cv-19191-KMO | Stevens, William |
| 1:2008-wf-17906-KMO | Stich, James |
| 1:2008-wf-17514-KMO | Stillwell, Louis Ellis |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
| --- | --- |
| 1:2008-wf-17818-KMO | Stoll, Richard |
| 1:2008-wf-17819-KMO | Stone, Claude G |
| 1:2005-cv-18104-KMO | Storie, Leon |
| 1:2008-wf-17820-KMO | Stotz, Ron C |
| 1:2009-wf-17041-KMO | Stringer, Edward L. |
| 1:2008-wf-17515-KMO | Strother, Joseph Lee |
| 1:2007-wf-17071-KMO | Studer, Edmund L. |
| 1:2008-wf-17938-KMO | Suchon, Richard |
| 1:2004-cv-18755-KMO | Sumrall, James B. |
| 1:2005-cv-17780-KMO | Swango, Bervin E. |
| 1:2005-cv-18001-KMO | Swanson, Raymond |
| 1:2005-cv-18853-KMO | Swierczynski, Christopher |
| 1:2006-cv-17281-KMO | Szabados, Istvan |
| 1:2005-cv-17297-KMO | Taulaga, Taalolo Sani |
| 1:2006-cv-17211-KMO | Terrell, Beatty M. |
| 1:2008-wf-17516-KMO | Thames, Marzine |
| 1:2004-cv-18534-KMO | Thiac, Clarence |
| 1:2008-wf-17827-KMO | Thomas, Jerald C. |
| 1:2004-cv-22683-KMO | Thomas, Lyn V. |
| 1:2004-cv-18758-KMO | Thomas, Richard |
| 1:2008-wf-17908-KMO | Thomas, Roy |
| 1:2004-cv-22340-KMO | Thompson, Ernest |
| 1:2005-cv-18888-KMO | Thompson, John W. |
| 1:2008-wf-17913-KMO | Thompson, Kenneth |
| 1:2008-wf-17952-KMO | Thompson, Leonard L. |
| 1:2003-cv-17297-KMO | Thompson, Michael J. |
| 1:2008-wf-17104-KMO | Thompson, Michael K. |
| 1:2004-cv-22350-KMO | Thurman, Charles |
| 1:2007-wf-17148-KMO | Tidd, Frank |
| 1:2005-cv-17120-KMO | Tidwell, Aubrey |
| 1:2007-wf-17111-KMO | Titus, Calvin W. |
| 1:2006-cv-17079-KMO | Toney, Thomas |
| 1:2008-wf-17829-KMO | Torres, Jaime |
| 1:2009-wf-17058-KMO | Towns, Sterling |
| 1:2008-wf-17928-KMO | Townsend, Lynn E. |
| 1:2008-wf-17919-KMO | Traub III, Eldon |
| 1:2007-wf-17112-KMO | Trinidad, Ricardo |
| 1:2006-cv-17190-KMO | Triplett, Allen |
| 1:2005-cv-17071-KMO | Trott, Seville |
| 1:2005-cv-18685-KMO | Truman, Michael L. |
| 1:2008-wf-17832-KMO | Tuitavuki, Nomani |
| 1:2008-wf-17833-KMO | Turnage, Tommy |
| 1:2005-cv-18850-KMO | Turner, Dennis E. |
| 1:2004-cv-17077-KMO | Turner, Henry |
| 1:2003-cv-17298-KMO | Twigg, Gary M. |
| 1:2008-wf-17028-KMO | Ulrich, Stanley Thomas |
| 1:2005-cv-17197-KMO | Underwood, Deloris |

**EXHIBIT A**

| MDL Case Number | Plaintiff |
|---|---|
| 1:2004-cv-22402-KMO | Vaden, Charles W |
| 1:2005-cv-18610-KMO | Varoz, Anthony |
| 1:2005-cv-17767-KMO | Vasquez, Jose |
| 1:2008-wf-17835-KMO | Vass, Wesley |
| 1:2004-cv-22680-KMO | Vedros, Sr., Johnny |
| 1:2008-wf-17955-KMO | Vera, Logan |
| 1:2008-wf-17837-KMO | Villareal, Macedonio |
| 1:2004-cv-19192-KMO | Voge, John |
| 1:2004-cv-18667-KMO | Waites, Gilbert |
| 1:2005-cv-18102-KMO | Walker, Danny E. |
| 1:2008-wf-17839-KMO | Walker, James L. |
| 1:2004-cv-18874-KMO | Walker, James Lee |
| 1:2005-cv-18628-KMO | Walker, Robert |
| 1:2007-wf-17038-KMO | Walker, Sr., Jellie L. |
| 1:2004-cv-22468-KMO | Walker, Winfred |
| 1:2007-wf-17072-KMO | Ward, Samuel |
| 1:2005-cv-19274-KMO | Waterbury, Earl J. |
| 1:2005-cv-17130-KMO | Weaver, Gordon L. |
| 1:2004-cv-18535-KMO | Weaver, Larnell |
| 1:2008-wf-17840-KMO | Webb, Toney G. |
| 1:2005-cv-18600-KMO | Webster, Ed D. |
| 1:2004-cv-17161-KMO | Weeks, Claude R. |
| 1:2005-cv-17309-KMO | West, Arthur |
| 1:2004-cv-18925-KMO | Westmoreland, Dennis |
| 1:2005-cv-18575-KMO | White, Daphne |
| 1:2004-cv-17321-KMO | White, Earl |
| 1:2005-cv-18577-KMO | Whitfield, McArthur |
| 1:2005-cv-18819-KMO | Wibroe, Lars |
| 1:2005-cv-18876-KMO | Wilkins, Stanley |
| 1:2004-cv-17358-KMO | Wilkins, Tommy E. |
| 1:2008-wf-17844-KMO | Williams, Billy |
| 1:2005-cv-17899-KMO | Williams, Calvin |
| 1:2009-wf-17080-KMO | Williams, George L. |
| 1:2009-wf-17046-KMO | Williams, Marjorie G. |
| 1:2005-cv-18085-KMO | Williams, Richard R. |
| 1:2007-wf-17040-KMO | Wilson, Charlie A. |
| 1:2004-cv-18877-KMO | Wilson, Joseph I. |
| 1:2004-cv-22581-KMO | Wood, Wilburn K |
| 1:2005-cv-18082-KMO | Worth, Hoyle B. |
| 1:2008-wf-17385-KMO | Wozniak, David P |
| 1:2005-cv-17737-KMO | Wright, Donald |
| 1:2005-cv-17092-KMO | Wright, Nelson |
| 1:2004-cv-22604-KMO | Wukasch, Louis |
| 1:2004-cv-22608-KMO | Y'Barbo, Rayford |
| 1:2007-wf-17113-KMO | Yamasaki, Robert T. |
| 1:2004-cv-17155-KMO | Yates, Donald |
| 1:2008-wf-17001-KMO | Young, Sr., Eddie |